**Willie J. WILLIAMS, Plaintiff— Appellant,**

v.

**Officer TRICE; Officer Lawler; Lieutenant Baker; Nurse Lockidy, Defendants—Appellees.**

No. 05–7931.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2006.

Decided: June 26, 2006.

Willie J. Williams, Appellant Pro Se.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie J. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Trice*, No. CA–05–320, 2005 WL 2896984 (W.D.N.C. Nov. 3, 2005). We also deny Williams' motion for removal to another facility until his appeal is final. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*